IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:15-cv-00060-KLM

JOHN HAUBER,

    Plaintiff,

v.

ZIP REALTY LLC A/K/A ZIP REALTY,
INC. AND REX DECKER,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

ORDERED this 17th day of April, 2015.

BY THE COURT:

_____
Hon. Kristen L. Mix
United States Magistrate Judge

APPROVED:

| | |
|---|---|
| *s/ Rosemary Orsini* | *s/ Alyson A. Smith* |
| Rosemary Orsini | Josh B. Kirkpatrick |
| Berenbaum Weinshienk PC | Alyson A. Smith |
| 370 17th Street, #4800 | Littler Mendelson, P.C. |
| Denver, CO 80202 | 1900 Sixteenth Street, Suite 800 |
| Telephone: 303.825.0800 | Denver, Colorado 80202 |
| Facsimile: 303.629.7620 | Telephone: (303) 629-6200 |
| Email: Rorsini@bw-legal.com | Facsimile: (303) 629-0200 |
| **Attorney for Plaintiff** | jkirkpatrick@littler.com |
| | aasmith@littler.com |
| | |
| | **Attorneys for Defendants** |

Firmwide:132626465.1 051476.1048