IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00060-KLM

JOHN HAUBER,

    Plaintiff,

v.

ZIPREALTY LLC, also known as Zip Realty, Inc., and
REX DECKER,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify the Scheduling Order to Extend the Discovery Deadline to Complete Depositions** [#31] (the "Motion"). The current discovery deadline is November 30, 2015. Plaintiff asks that the deadline to complete the deposition of Plaintiff be extended to December 31, 2015, and that the deadline to complete the depositions of Defendants and their witnesses be extended to February 19, 2016. The dispositive motions deadline is December 30, 2015.

    IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The discovery deadline is extended to **February 19, 2016**, for the sole purpose of completing depositions in this case. Plaintiff shall be deposed no later than **December 31, 2015**. Defendant and Defendants' witnesses shall be deposed no later than **February 19, 2016**.[1]

    Dated: November 12, 2015

---

[1] The Court notes that it will not reset the trial date in this matter absent extraordinary circumstances.